MICHIGAN CENTRAL R. R. Co. v. JAMES P. CAWLEY.

Error to Superior Court of Detroit. Submitted June 23, 1881. Decided January 25, 1882.

CASE. Defendant brings error. Affirmed.

*G. V. N. Lothrop* for plaintiff in error.

*Griffin & Dickinson* for defendant in error.

PER CURIAM. The Court being equally divided, judgment is affirmed.

# CORRECTIONS.

Page 254, note: Read "executor's sale" for "execution sale."

Page 449, note 5, line 1: Read "license" for "licence."